IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANGEL A. FLORES,

                Plaintiff,

     v.

DR. KING,

                Defendants.

ORDER

17-cv-526-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Angel A. Flores is proceeding on a claim that defendant Dr. King violated his rights under the Eighth Amendment by failing to refer plaintiff to a cardiologist for his serious heart condition. On February 11, 2019, defendant filed a motion for summary judgment. Dkt. #47. Plaintiff's opposition materials were due on March 14, 2019, but he has not responded to defendant's motion. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it.

I will give plaintiff one more opportunity to submit a substantive response to defendant's motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Angel A. Flores may have until May 20, 2019 to file

1

a response to defendant's motion for summary judgment. If plaintiff does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered this 10th day of May, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge