IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANGEL A. FLORES,

                                Plaintiff,

    v.

DR. KING,

                               Defendants.

ORDER

17-cv-526-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On February 11, 2019, defendant Dr. King moved for summary judgment on pro se plaintiff Angel A. Flores's claim that defendant failed to refer him to a cardiologist for his serious heart condition. Dkt. #47. Plaintiff's opposition materials were due on March 14, 2019, but he has not responded to defendant's motion. On May 10, I gave plaintiff until May 20 to file a response to defendant's motion for summary judgment and warned him that his case would be dismissed for failure to prosecute if he did not respond. Dkt. #52. The deadline has passed, and the court has received nothing from plaintiff. Accordingly, I am dismissing this case with prejudice for plaintiff's failure to prosecute. James v. McDonald's Corp., 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Angel A. Flores' claims are DISMISSED WITH PREJUDICE for his failure to prosecute them. The clerk of court is directed to enter

1

judgment for defendant Dr. King and close this case.

Entered this 24th day of May, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge