IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANGEL A. FLORES,

    Plaintiff,

  v.

OXFORD WISCONSIN (MEDICAL)
FEDERAL CORRECTIONAL
INSTITUTION, DR. KING,
MS. LAUFENBERG AND UNITED
STATES,

    Defendants.

Case No. 17-cv-526-bbc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/24/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

It appearing that there is no just reason for delay, I direct that this final judgment be entered.